UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE VERLINE WILDER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| LORETTA LYNCH, US Attorney General, | ) | |
| et al., | ) | No. 7:15-CV-235-FL |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 9, 2016, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on May 9, 2016, and Copies To:**

Lawrence Verline Wilder, Sr. (via U.S. Mail) 1101 Chestnut Street, Wilmington, NC 28401

May 9, 2016   JULIE RICHARDS JOHNSTON, CLERK
　　　　　　　　 /s/ Christa N. Baker
　　　　　　　　(By) Christa N. Baker, Deputy Clerk